In the Matter of the Intermediate Judicial Settlement of the Third Account of ROBERT H. CLARK et al., as Executors of the Will of GEORGE GIBBS, Deceased. HARRIET G. SLINGERLAND et al., Appellants; THE NATIONAL BANK OF MIDDLE-TOWN et al., as Executors, Respondents.—

As thus modified, the decree is unanimously affirmed,

with costs to all parties filing briefs, payable out of the estate, and the matter is remitted to the Surrogate's Court for the entry of a decree accordingly. The evidence fails to establish that the executors were justified in releasing Ernestine M. Smith from her obligations to the estate. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.